# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2018-0289, <u>Joseph S. Haas v. Town of Boscawen</u>, the court on January 31, 2019, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

The plaintiff, Joseph S. Haas, appeals an order of the Superior Court (<u>Tucker</u>, J.) granting summary judgment in favor of the defendant, the Town of Boscawen, based upon the parties' stipulation of facts.  He raises numerous issues in connection with the 2015 and 2016 education property taxes, including that the warrants were unconstitutional.

As the appealing party, the plaintiff has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error.  <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Lynn, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.


**Eileen Fox,
Clerk**